

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-15-00248-CR

Style:                      Nii-Otabil Nelson v. State of Texas

Date motion filed[*]:        July 29, 2015

Type of motion:            Motion to Extend Time to File Appellant's Motion for Rehearing

Parties filing motion:     Appellant's new counsel Andre D. Evans

Document to be filed:      Appellant's Motion for Rehearing


Is appeal accelerated?        No.


If motion to extend time:

    Original due date:          July 15, 2015

    Number of extensions granted:        0          Current Due Date:  July 15, 2015

    Date Requested:             N/A (45 days requested)


Ordered that motion is:

    ☑ Granted, in part:

        If document is to be filed, document due:  September 8, 2015.

        ☑ No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

On July 14, 2015, this Court granted, in part, appellant's extension request to file his motion for rehearing within 30 days in related cause number 01-14-00924-CR.  Thus, appellant's extension request is similarly **granted, in part,** until September 8, 2015, because, among other reasons, it was filed within the fifteen-day grace period for filing extensions, but **no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 49.8.  The Clerk of this Court is directed to note Mr. Evans' appearance as additional counsel. *See id.* at 6.2.  If counsel Lott J. Brooks III, requests withdrawal, he must file a motion that complies with Rule 6.5(d).


Judge's signature: /s/ <u>Laura C. Higley</u>
                    ☑ Acting individually        ☐ Acting for the Court

Date:  August 6, 2015


November 7, 2008 Revision